# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

KENNETH ROZEVINK     )
             )
v.            ) Civil Action No. 3:09-0820
             ) Judge Nixon/Knowles
TERMINIX, et al.     )

## O R D E R

The Court has been advised that the parties have settled this case.  On or before June 29, 2011, the parties shall submit an agreed order of dismissal or other appropriately captioned document.

The Clerk is directed to forward this file to the Honorable John T. Nixon, Senior District Judge, for his consideration of the agreed order of dismissal or other appropriately captioned document to be submitted on or before June 29, 2011.

Any request for an extension of this deadline should be directed to Judge Nixon.  Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge